UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WAYNE A. HOLDAHL,

    Plaintiff,

    v.

CITY OF KELSO, DOUG ROBINSON, BETTY ERICKSON, SUZIE RILEY, DON HARRIS, PAUL BRACHVOGEL, A.F.S.C.M.E. UNION, CHRIS DUGOVICH, AUDREY EIDE, and TRINA YOUNG,

    Defendants.

Case No. C05-5504FDB

ORDER DENYING APPLICATION FOR COURT-APPOINTED COUNSEL

    Plaintiff claims in his Employment Discrimination Complaint that his employer engaged in discriminatory conduct based on Plaintiff's religion, that after filing a grievance ("sexual and malicious harasment" [sic]), he was retaliated against by being terminated, and his union representative endorsed the action by failing to represent him. Other named defendants refused to help him and are classified as co-conspirators.

    Plaintiff has paid the filing fee, but moves for court-appointed counsel. Plaintiff states that he belongs to "pre-paid legal," that he has spoken on the telephone with a representative and has paid

ORDER - 1

for consultation with different attorneys adding up to $450.00 and that he cannot afford to pay their fees as he is unemployed.  It is not clear that Plaintiff has made other efforts to retain counsel other than to consult with the attorneys associated with his prepaid legal services.  Plaintiff must make further efforts to obtain legal counsel for this case, then he may reapply to the Court, if necessary, for appointment of counsel after he has detailed his efforts and indicated the reasons that counsel with whom he has consulted have declined to represent him.

ACCORDINGLY, IT IS ORDERED: Plaintiff Wayne A. Holdahl's Application for Court-Appointed Counsel in Title VII Action [Dkt. # 2] is DENIED; Plaintiff may reapply, if necessary, after he has made additional efforts to obtain legal counsel.

DATED this 10th day of August, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2