UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WAYNE A. HOLDAHL,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF KELSO, DOUG ROBINSON, BETTY ERICKSON, SUZIE RILEY, DON HARRIS, PAUL BRACHVOGEL, A.F.S.C.M.E. UNION, CHRIS DUGOVICH, AUDREY EIDE, and TRINA YOUNG,<br><br>    Defendants. | Case No. C05-5504FDB<br><br>ORDER GRANTING LEAVE TO AMEND COMPLAINT |

    Plaintiff filed an Employment Discrimination Complaint and this cause of action was opened August 5, 2005. There have been no appearances by any of the defendants in this case and the Joint Status Report is not due until December 7, 2005. Plaintiff moves to amend his complaint to add Kent Anderson, his previous supervisor at the City of Kelso. Plaintiff also moves to amend his complaint to clarify his discrimination allegations. No opposition has been filed.

    ACCORDINGLY,

////////

ORDER - 1

IT IS ORDERED:

1. Plaintiff's Motion To Amend his Complaint to add a party defendant [Dkt. # 9] is GRANTED;

2. Plaintiff's Motion To Amend his Complaint to add an explanation [Dkt. # 10] is GRANTED;

3. Plaintiff is directed to file his amended complaint and to serve copies of his amended complaint upon on Defendants in this cause of action.

DATED this 20th day of September 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2