1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

WAYNE A. HOLDAHL,

11

Plaintiff,

12

v.

13

CITY OF KELSO, *et al.*,

14

Defendants.

Case No. C05-5504FDB

ORDER DENYING
RECONSIDERATION

15

Plaintiff moves for reconsideration of the Court's order denying appointment of counsel and

16

outlines his further effort to obtain legal representation in this employment discrimination case.

17

Nothing Plaintiff submits convinces the Court to appoint counsel in this matter.  NOW,

18

THEREFORE, IT IS ORDERED:     Plaintiff's Motion for Reconsideration of denial of request for

19

court appointed counsel [Dkt. # 15] is DENIED.

20

DATED this 20th day of January, 2006.

21

22

23

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

24

25

26

ORDER - 1